NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VETERANS OF FOREIGN WARS OF THE UNITED STATES,**
*Petitioner*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

---

2020-1974

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

**JUDGMENT**

---

JAMES DANIEL RIDGWAY, Bergmann & Moore, LLC, Bethesda, MD, argued for petitioner. Also represented by GLENN R. BERGMANN; THOMAS POLSENO.

MEEN GEU OH, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, CLAUDIA BURKE, MARTIN F. HOCKEY, JR., NATHANAEL YALE; BRIAN D. GRIFFIN, ANDREW J. STEINBERG, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 4, 2022          /s/ Peter R. Marksteiner
     Date               Peter R. Marksteiner
                        Clerk of Court